IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DIRECTIONAL ADVERTISING SOLUTIONS, INC., d/b/a DAS GROUP, a Florida corporation, <br>     Plaintiff, <br><br> v. <br><br> JAL EQUITY CORP, a Nevada corporation, and ERAN SALU, individually <br><br>     Defendants. | Civ. No. 0:24-cv-60450-MD |

## DEFENDANTS' REMOVAL STATUS REPORT

Pursuant to the Court's Notice of Court Practice in Removal Cases (ECF No. 3), dated March 26, 2024, Defendants JAL EQUITY CORP ("JAL") and ERAN SALU (collectively, the "Defendants"), by and through their undersigned counsel, hereby files the following Removal Status Report.

**(1)** **A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court, including the amount of damages claimed and any other relief sought.**

Directional Advertising Services, Inc. ("DAS") filed this action against Defendants on February 9, 2024, in the Circuit Court of the Seventeenth Judicial Circuit for Broward County, Florida. DAS purports to assert four claims in its complaint: (i) breach of contract against JAL; (ii) fraudulent misrepresentation against both Defendants; (iii) negligent misrepresentation against both Defendants; and (iv) accounting against JAL. For its breach of contract claim against JAL, DAS alleges that JAL did not pay all sums owed to DAS under the November 30, 2021 Asset Purchase Agreement ("APA") by which JAL purchased the business and assets of DAS. For its

fraudulent and negligent misrepresentation claims against both Defendants, DAS alleges that Salu, on behalf of JAL, made certain misrepresentations and omissions in connection with the transaction governed by the APA, including that JAL promised to pay DAS a total of $2.3 million. Finally, DAS asserts a claim for an equitable accounting against JAL predicated on DAS's allegation that the transaction governed by the APA was "complex." DAS seeks an unspecified amount of damages, an accounting, costs, and interest.

On March 28, 2024, Defendants responded to DAS's complaint by filing a Motion to Dismiss Counts II and III of the complaint (fraudulent and negligent misrepresentation) for failure to state a claim (ECF No. 5). Following adjudication of Defendants' Motion to Dismiss, defendant JAL anticipates filing counterclaims against DAS for, among other things, breach of the APA, in connection with answering the complaint and asserting applicable affirmative defenses.

**(2)     A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third-party claim.**

The parties to this action are plaintiff DAS and defendants JAL and Salu.

Defendants timely removed this action on March 21, 2024 on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§1332(a)(1), 1441(a), and 1446.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are diverse and the amount in controversy exceeds $75,000. The parties are diverse because plaintiff DAS is a Florida corporation with its principal place of business in Florida, while defendant JAL is a Nevada corporation with its principal place of business in Missouri and defendant Eran Salu is a citizen of the state of Missouri. The amount in controversy exceeds $75,000 because plaintiff DAS alleges that it is owed $1,307,013 under the APA. (See ECF No. 1, Attachment 1 at ¶¶ 21, 22, and 24).

**(3)** **A list of all pending motions.**

Defendants filed their Motion to Dismiss on March 28, 2024 (ECF No. 5).

**(4)** **A brief statement by each Defendant explaining whether or not each has joined the notice of removal.**

Both Defendants have joined in the Notice of Removal (ECF No. 1). Defendant JAL filed the Notice of Removal on March 21, 2024. Defendant Eran Salu consented to the removal (ECF No. 1, Attachment 2).

**(5)** **A statement regarding whether the Defendant has removed the action within thirty (30) days after the receipt by the Defendant, through service of otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within thirty (30) days after service of summons upon the Defendant, if such initial pleading has then been filed in court and is not required to be served on the Defendant in the action.**

DAS served its complaint on JAL on February 20, 2024. JAL removed this action within thirty days of service on March 21, 2024. DAS has not served its complaint upon defendant Eran Salu, but Mr. Salu consented to the removal of this action (ECF No. 1, Attachment 2).

Dated: April 8, 2024                                Respectfully submitted,

/s/ *Daniel C. Mazanec*
Daniel C. Mazanec, Esq.
Florida Bar No. 887387
dan@pag.law
Kristy L. Rich
Florida Bar No. 1050752
kristy@pag.law
PAG LAW, PLLC
Four Seasons Tower
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
Tel. 786.292.1599

*Counsel for Defendants*
*JAL Equity Corp and Eran Salu*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Daniel C. Mazanec*