# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DIRECTIONAL ADVERTISING SOLUTIONS, INC., d/b/a DAS GROUP, a Florida corporation, | ) ) ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ) |
| JAL EQUITY CORP, a Nevada corporation, and ERAN SALU, individually | ) ) ) |
| Defendants. | ) ) |

Civ. No. 0:24-cv-60450-MD

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND DISCLSOURE STATEMENT

Defendants, JAL EQUITY CORP ("JAL") and ERAN SALU, pursuant to this Court's Order on March 26, 2024 (ECF No. 4), hereby disclose the following information:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Plaintiff, Directional Advertising Solutions, Inc.
- Defendant, JAL Equity Corp
- Defendant, Eran Salu

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1

- None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- None at this time.

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 12, 2024                    Respectfully submitted,

/s/ *Daniel C. Mazanec*
Daniel C. Mazanec, Esq.
Florida Bar No. 887387
dan@pag.law
Kristy L. Rich
Florida Bar No. 1050752
kristy@pag.law
PAG Law PLLC
Four Seasons Tower
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
Tel. 786.292.1599 | Fax 786.373.7122
*Counsel for Defendants*
*JAL Equity Corp and Eran Salu*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Daniel C. Mazanec*