## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60450-CIV-DAMIAN/Valle

**DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a
DAS GROUP, et al.,**

     Plaintiffs,

v.

**JAL EQUITY CORP,
a Nevada Corporation, et al.,**

     Defendants.

_____/

### ORDER TO SHOW CAUSE AS TO MEDIATION RESULTS

**THIS CAUSE** came before the Court *sua sponte*.

On December 12, 2024, the Court entered an order scheduling mediation to take place before Sandra Perlman, Esq. on January 22, 2025 [ECF No. 28]. Pursuant to the Order, the parties had three days after mediation to submit a mediation report. To date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was canceled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **February 3, 2025**, the parties shall submit either a mediation report indicating the results of the January 22 mediation conference or a proposed order re-scheduling mediation if the mediation conference was canceled.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 28th day of January, 2025.

**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record