UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60450-CIV-DAMIAN

DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a DAS GROUP
a Florida Corporation, and KAREN
KORNER, individually

Plaintiff,

v.

JAL EQUITY CORP,
a Nevada Corporation, and
ERAN SALU,
    Defendants.
_____/

## JOINT MEDIATION REPORT

Plaintiffs, DIRECTIONAL ADVERTISING SOLUTIONS, INC. d/b/a DAS GROUP ("DAS") and KAREN KORNER ("Korner") (together the "Plaintiffs"), and Defendants, JAL EQUITY CORP and ERAN SALU (the "Defendants") (collectively the "Parties"), by and through undersigned counsel, and pursuant this Court's Order Setting Mediation [D.E. 28] and this Court's Order to Show Cause as to Mediation Results [D.E. 29] hereby state as follows:

1. The Parties attended mediation on January 22, 2025 before Sandra Perlman, Esq.

2. The mediation concluded with the Parties agreeing to continue settlement discussions for thirty days in order to attempt to reach a settlement.

Dated: February 3, 2025

Respectfully submitted,

| DE VARONA LAW | PAG LAW, PLLC |
|---|---|
| *Counsel for Plaintiffs* <br> 4800 North Federal Highway, Suite D-104 <br> Boca Raton, FL 33431 <br> Phone: (561) 600-9070 <br> Fax: (561) 600-9077 <br><br> By: /s/ Alexandra Sierra De Varona <br> **ALEXANDRA SIERRA-DE VARONA, ESQ.** <br> Florida Bar No. 195928 <br> asd@devaronalaw.com | *Counsel for Defendants* <br> Four Seasons Tower <br> 1441 Brickell Avenue, Suite 1120 <br> Miami, Florida 33131 <br> Tel: (786) 292-1599 <br><br> By: /s/ Daniel C. Mazanec <br> **Daniel C. Mazanec, Esq.** <br> Florida Bar No. 887387 <br> dan@pag.law |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2025, I electronically filed the foregoing with the Clerk of Court via the Florida Courts E-Filing Portal and, a true and correct copy of the foregoing was also served via e-mail on all parties on the Service List.

By: /s/ Alexandra Sierra De Varona
Alexandra Sierra De Varona, Esq.

**SERVICE LIST**

Daniel C. Mazanec, Esq.
PAG LAW, PLLC
COUNSEL FOR DEFENDANTS
Four Seasons Tower
1441 Brickell Avenue, Suite 1120
Miami, Florida 33131
Tel: (786) 292-1599
dan@pag.law

Alexandra Sierra De Varona, Esq.
DE VARONA LAW
Counsel for Plaintiffs
4800 N. Federal Highway, Suite 104-D
Boca Raton, Florida 33431
asd@devaronalaw.com