UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60450-CIV-DAMIAN

**DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a DAS GROUP
a Florida Corporation, and KAREN
KORNER, individually**

**Plaintiff,**

v.

**JAL EQUITY CORP,**
a Nevada Corporation, and
**ERAN SALU,**
    Defendants.
_____/

**PLAINTIFFS, DIRECTIONAL ADVERTISING SOLUTIONS, INC.'S, AND KAREN KORNER'S EXPERT WITNESS DISCLOSURE**

Plaintiffs, DIRECTIONAL ADVERTISING SOLUTIONS, INC,. ("DAS") and KAREN KORNER, by and through undersigned counsel, and pursuant to *Fed. R. Civ. P.* 26, *S.D. Fla. L. R.* 26.1 and this Court's Order on Joint Motion to Extend Deadlines set forth in the Order Setting Trial and Pretrial Schedule [D.E. #26], hereby make their expert witness disclosure and state as follows:

Steven E. Price CPA
Steven E. Price CPA LLC
461 E. Hillsboro Blvd., Suite 200
Deerfield Beach, FL 33441

Mr. Price will be testifying relating to DAS' damages which Mr. Price has concluded are $1,127,051.81 not including pre-judgment interest. Mr. Price has relied upon the Asset Purchase Agreement entered into by the Parties, DAS' bank statements, credit card statements, records of accounts receivable, and account payables. Mr. Price is being paid an hourly rate of $500 for his work. A copy of the summaries prepared by Mr. Price have been and will again be provided to the Defendants with this Disclosure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2025, I electronically filed the foregoing document with CM/ECF. I also certify that the foregoing document is being served to Counsel for Defendants, Daniel C. Mazanec, Esq., at dan@pag.law.

        DE VARONA LAW
        Attorneys for the Plaintiffs
        4800 N. Federal Highway Suite D-104
        Boca Raton, Florida 33431
        Tel:   (561) 600-9070
        Fax:  (561) 600-9077

        By: /s/ Alexandra Sierra-De Varona
        ALEXANDRA SIERRA-DE VARONA
        Fla. Bar No. 195928
        asd@devaronalaw.com