**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60450-CIV-DAMIAN**

**DIRECTIONAL ADVERTISING**
**SOLUTIONS, INC., d/b/a DAS GROUP**
**a Florida Corporation, and KAREN**
**KORNER, individually**

**Plaintiff,**

**v.**

**JAL EQUITY CORP,**
**a Nevada Corporation, and**
**ERAN SALU,**
          **Defendants.**
_____/

**PLAINTIFFS, DIRECTIONAL ADVERTISING SOLUTIONS, INC.'S, AND KAREN**
**KORNER'S EXPERT WITNESS DISCLOSURE**

Plaintiffs, DIRECTIONAL ADVERTISING SOLUTIONS, INC,. ("DAS") and KAREN

KORNER, by and through undersigned counsel, and pursuant to *Fed. R. Civ. P.* 26, *S.D. Fla. L.*

*R.* 26.1 and this Court's Order on Joint Motion to Extend Deadlines set forth in the Order Setting

Trial and Pretrial Schedule [D.E. #26], hereby make their expert witness disclosure and state as

follows:

Steven E. Price CPA
Steven E. Price CPA LLC
461 E. Hillsboro Blvd., Suite 200
Deerfield Beach, FL 33441

Mr. Price will be testifying relating to DAS' damages which Mr. Price has concluded are
$1,127,051.81 not including pre-judgment interest. Mr. Price has relied upon the Asset Purchase
Agreement entered into by the Parties, DAS' bank statements, credit card statements, records of
accounts receivable, and account payables. Mr. Price is being paid an hourly rate of $500 for his
work. A copy of the summaries prepared by Mr. Price have been and will again be provided to
the Defendants with this Disclosure.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 12th day of February, 2025, I electronically filed the

foregoing document with CM/ECF.  I also certify that the foregoing document is being served to

Counsel for Defendants, Daniel C. Mazanec, Esq., at dan@pag.law.

DE VARONA LAW
Attorneys for the Plaintiffs
4800 N. Federal Highway Suite D-104
Boca Raton, Florida 33431
Tel:     (561) 600-9070
Fax:     (561) 600-9077

By: <u>/s/ Alexandra Sierra-De Varona</u>
ALEXANDRA SIERRA-DE VARONA
Fla. Bar No. 195928
asd@devaronalaw.com