UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60450-CIV-DAMIAN/Valle

DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a
DAS GROUP, *et al.*,

    Plaintiffs,

v.

JAL EQUITY CORP,
a Nevada Corporation, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court *sua sponte*.

On February 11, 2025, the Court issued an Order [ECF No. 31] granting in part and denying in part Defendants, JAL Equity Corp. and Eran Salu's (collectively, "Defendants"), Motion to Dismiss Counts II–VI of Plaintiffs' First Amended Complaint and directing Defendants to file an Answer to the Amended Complaint [ECF No. 16] within fourteen (14) days thereof. *See* ECF No. 31 at 26. The time for filing an Answer to the Amended Complaint has passed, and to date, no Answer has been filed. Therefore, it is

**ORDERED AND ADJUDGED** that Defendants shall file an Answer to the Amended Complaint on or before **March 4, 2025**. Failure to do so may be cause for the Court to enter default or to impose other appropriate sanctions.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 27th day of February, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record