UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____

DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a DAS GROUP          Case No. 24-60450-CIV-DAMIAN
a Florida Corporation, and KAREN
KORNER, individually

       Plaintiffs,

 v.

JAL EQUITY CORP,
a Nevada Corporation, and
ERAN SALU,

       Defendants.
_____

## NOTICE OF SETTLEMENT

Plaintiff DIRECTIONAL ADVERTISING SOLUTIONS, INC., d/b/a DAS GROUP ("DAS") and KAREN KORNER ("KORNER") (together, "Plaintiffs"), and Defendants JAL EQUITY CORP ("JAL"), and ERAN SALU ("Salu") (together, "Defendants") (collectively, the "Parties"), pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that the Parties have reached the essential terms of an agreement to settle the entire case, and are in the process of preparing a formal agreement to document the settlement. The Parties expect to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 shortly.

Dated: February 28, 2025      Respectfully Submitted,

                 *Attorneys for Plaintiff Directional*
                 *Advertising Solutions, Inc., d/b/a DAS*
                 *Group*

                 DE VARONA LAW
                 By: *s/ Alexandra Sierra-De Varona, Esq*
                 Alexandra Sierra-De Varona, Esq.
                 Florida Bar No. 195928

        4800 N. Federal Hwy., Suite D104
Boca Raton, FL 33431
(561) 600-9070 (office)
(561) 600-9080 (direct line)
(561) 543-5878 (cell)
asd@devaronalaw.com

*Attorneys for Defendants JAL Equity Corp, and Eran Salu*

PAG LAW, PLLC
By: *s/ Daniel C. Mazanec, Esq.*
Daniel C. Mazanec, Esq.
Florida Bar No. 887387
Alexandra Goodstone, Esq.
Florida Bar No. 0125003
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
Tel. 786.292.1599
dan@pag.law
alexandra@pag.law