UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60450-CIV-DAMIAN

DIRECTIONAL ADVERTISING
SOLUTIONS, INC., d/b/a DAS GROUP
a Florida Corporation, and KAREN
KORNER, individually

Plaintiff,

v.

JAL EQUITY CORP,
a Nevada Corporation, and
ERAN SALU,
     Defendants.
_____/

## JOINT STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE CONDITIONED UPON THIS COURT ENTERING AN ORDER RESERVING JURISDICTION

The above-named Plaintiffs and Defendants, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this case with prejudice, as the parties have settled this matter. The settlement has been finalized and all settlement documents have been exchanged by and between the parties.

Each of the parties shall be responsible for his, her, or its own attorneys' fees per paragraph 4 of the settlement agreement.

The effectiveness of this Joint Stipulation for Dismissal with Prejudice is conditioned on this Court's entering of an Order reserving jurisdiction.

The parties, therefore, jointly move this Court to accept this Stipulation, grant this Motion, and enter dismissal, with prejudice, consistent with this Stipulation.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order

1

dismissing this case, with prejudice.

DATE: March 24, 2025.                    Respectfully submitted,

**De Varona Law**

*/s/ Alexandara Sierra-De Varona*
ALEXANDRA SIERRA-DE VARONA
Florida Bar No. 195928
DE VARONA LAW
4800 N Federal Highway
Suite D-104
Boca Raton, FL 33431
Telephone: (561) 600-9070
Facsimile: (561) 600-9077
asd@devaronalaw.com

*Counsel for Plaintiffs,*
*Directional Advertising Solutions, d/b/a DAS*
*Group, and Karen Korner*

**PAG LAW, PLLC**

*Counsel for Defendants*
Four Seasons Tower
1441 Brickell Avenue, Suite 1120
Miami, Florida 33131
Tel: (786) 292-1599

By: *Daniel C. Mazanec, Esq.*
**Daniel C. Mazanec, Esq.**
Florida Bar No. 887387
dan@pag.law